UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**WILLIAM MULLANEY,**

    Plaintiff,

v.                                                      Case No: 5:11-CV-591-Oc-PRL

**ENDOGASTRIC SOLUTIONS, INC.**

    Defendant.
_____/

## ORDER

Pending before the Court is Non-Party, Munroe Regional Medical Center's Objection and/or Motion to Quash Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises. (Doc. 52). Defendant, Endogastric Solutions, Inc. has filed a response. (Doc. 54).

This action involves the alleged failure of a product manufactured by Defendant during a surgical procedure performed on Plaintiff at Munroe Regional Medical Center ("MRMC"). The product has not been seen by either party since the surgery and remains in possession of non-party, MRMC. On July 16, 2012, Defendant served a subpoena on MRMC seeking production of various documents and inspection of the premises of MRMC. (Doc. 54-1). MRMC then filed the instant Objection and/or Motion arguing that the subpoena should be quashed and or modified for numerous reasons.

It its response, Defendant represents that counsel has conferred and the parties have resolved the majority of issues raised by the Objection and/or Motion except for potential claims of privilege by MRMC as to unspecified documents. On August 3, 2012, the Court directed MRMC to advise the Court whether its Objection and/or Motion was

still at issue, and if so, what specific issues remain for the Court to resolve. (Doc. 55). In response, MRMC advised the Court that all of the issues have been resolved except for its potential objections on the basis of privilege as to item numbers "5," "7," and "8."

To the extent MRMC is refusing to produce documents on the basis of privilege, it should be done through the use of a privilege log. *Arthrex, Inc. v. Parcus Medical, LLC*, No. 2:11-cv-694-FtM-29SPC, 2012 WL 3778981, *4 (M.D. Fla. August 31, 2012). Typically, the privilege log will identify each document and the individuals who were parties to the communications with sufficient detail to permit the compelling party or court to determine if the privilege is properly claimed. *Id.*

Accordingly, Non-Party, Munroe Regional Medical Center's Objection and/or Motion to Quash Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises (Doc. 52) is **DENIED**. Within **14 days** of this Order, MRMC shall produce the requested documents, or if it asserts that any documents are privileged or work-product, it shall produce a privilege log.

**DONE** and **ORDERED** in Ocala, Florida on September 14, 2012.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties